**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

**Acknowledged**

TWP

January 17, 2017

| | | |
|---|---|---|
| TINA MARIE BEATTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:16-cv-00189-TWP-TAB |
| v. | ) | |
| | ) | Honorable Judge Tanya W. Pratt |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, TINA MARIE BEATTY ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(2)(a)(i), hereby voluntarily dismisses her claims against the Defendant with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 13, 2017                    Respectfully Submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff
Admitted in the Southern District of Indiana
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
(630) 575-8181 x113 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com